## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO.: 4:19-cr-90

CHASE DAVIS,

      Defendant.

## **O R D E R**

A jury trial in the above captioned case having been conducted the week of October 22, 2019, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 24th day of October, 2019.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA