**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-90 |
| CHASE DAVIS, | |
| Defendant. | |

## O R D E R

Upon consideration of the request by the surety for return of the bond posted in the above captioned case in the amount of **$2,500.00**, and a judgment of conviction having been entered in this case, said request is hereby GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of this Court shall disburse said funds, plus any and all accrued interest, to the Surety, Thomas L. Davis, 218 Redan Drive, Savannah, Georgia 31410.

**SO ORDERED**, this 15th day of November, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA